IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

Billy Williams

Plaintiff.

Case No.3:23-cv-00545-jdb

Tina R Tyler

Defendant.

---

MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

Plaintiff Billy Williams requests that a default judgment be entered against defendant **Tina R Tyler** pursuant to Federal Rule of Civil Procedure 55(b). In support of this request, plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this day 13 of September 2024.

_____
Billy williams
Attorney for Plaintiff