IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BILLY D. WILLIAMS,

    Plaintiffs,

v.

    Case No.  23-cv-545-jdp

JASON BENZEL, JUDI FIELDS, MICHELLE BURTON, RENEE A. SCHUELER, PAUL KEMPER, KRISTIN VASQUEZ, MS. BERGSTRAM, JEANIE M. KRAMER, TINA R. TYLER, ROZETTA RICHARD-HUGHES, JACQUELINE HEIDT, and MS. TERESA WEIGAND,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants against plaintiff Billy D. Williams on the federal claims dismissing the case. Jurisdiction is relinquished over plaintiff's state-law medical negligence claim.

s/ Deputy Clerk
Joel Turner, Clerk of Court

9/22/2025
Date